1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   CLAUS MARCUSLUND
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-cr-00141-JLT-SKO |
|---|---|
12 | Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER** |
13 | vs. | |
14 | CLAUS MARCUSLUND, | Date:  February 20, 2024<br>Time:  8:30 a.m. |
15 | Defendant. | Judge: Hon. Charles R. Breyer |

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Claus Marcuslund, that the Court may vacate the

20 status conference currently scheduled for January 17, 2024, at 1:00 p.m. and set a change-of-plea

21 hearing on February 20, 2024, at 9:00 a.m.

22         The parties agree and request that the Court make the following findings:

23         1.      By previous order, this matter was set for a status conference on January 17,

24 2024, at 1:00 p.m.

25         2.      The parties have reached a tentative resolution to resolve the case.

26         3.      The parties therefore request that the Court vacate the January 17, 2024, status

27 conference and set a change-of-plea hearing on February 20, 2024, at 9:00 a.m.

28         4.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

*et seq.*, within which trial must commence, the parties agree that the time period of January 17, 2024, to February 20, 2024, inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment, defense counsel's need to review the plea agreement with her client, and the court's consideration of the plea agreement.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 10, 2024

*/s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 10, 2024

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CLAUS MARCUSLUND

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for January 17, 2024, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for February 20, 2024, at 9:00 a.m. before the Honorable Jennifer L. Thurston. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 17, 2024, to February 20, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

Date: 1/10/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge