1 | PHILLIP A. TALBERT
United States Attorney
2 | DAVID L. GAPPA
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
6 | Attorneys for Plaintiff
United States of America
7 |
8 | IN THE UNITED STATES DISTRICT COURT
9 | EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00141-JLT-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| CLAUS SVELMOE MARCUSLUND, | |
| Defendant. | |

On or about March 4, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Claus Svelmoe Marcuslund in the following property:

   a. iPhone 11 Pro, Model A2215, serial number F17C410FN6Y2, and

   b. iPad, Model A2270, serial number DMPFTUQ5Q1GC.

Beginning on April 8, 2024, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Claus Svelmoe Marcuslund.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **June 15, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE